# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY LYNN HARRIS,
                              Appellant,
                vs.
THE STATE OF NEVADA,
                              Respondent.

No. 73059

**FILED**

AUG 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Elizabeth Goff Gonzalez, Chief Judge, Eighth Judicial District
       Hon. Valorie J. Vega, District Judge
       Gregory Lynn Harris
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-26740